| | |
|---|---|
| 1  ARNOLD LAW FIRM<br>   MARK A. ARNOLD<br>2  CA State Bar Number - 94872<br>   45 East Julian Street<br>3  San Jose, CA 95112<br>   Telephone: (408) 286-6320<br>4  Fax: (408) 286-9155 | **FILED**<br>2008 MAY -6 P 3: 52<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

6  Attorney for Defendant
   DAVID R. LAMONDIN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>vs.<br>DAVID R. LAMONDIN,<br>  Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CR 07-0788-JF<br><br>**TRAVEL APPLICATION** |

I, MARK A. ARNOLD, declare and state that I am the attorney for defendant David R. Lamondin the above captioned matter. Jeff Nedro is the Assistant United States Attorney assigned to this matter. Mr. Nedro has no objection to the request.

Defendant, DAVID R. LAMONDIN, hereby applies to this Court for an order permitting his conditions of release to be modified to allow travel out of the country on a pre-paid cruise from May 21, 2008, until June 6, 2008.

DATED: May 6, 2008

Respectfully submitted,

_/s/ Mark A. Arnold_
MARK A. ARNOLD
Attorney for Defendant
DAVID R. LAMONDIN

```
 1  APPROVED AS TO FORM AND CONTENT:
 2   5/5/08
 3                                          _____
                                            JEFFREY NEDROW
 4                                          Assitant United States Attorney
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```