ARNOLD LAW FIRM
MARK A. ARNOLD
CA State Bar Number - 94872
45 East Julian Street
San Jose, CA 95112
Telephone: (408) 286-6320
Fax: (408) 286-9155

Attorney for Defendant
DAVID R. LAMONDIN

RECEIVED
2008 MAY -6 PM 3: 52
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

DAVID R. LAMONDIN,
  Defendant,

NO. CR 07-07788-JF

**TRAVEL ORDER**

Upon application of the defendant, DAVID R. LAMONDIN, and good cause appearing.

IT IS HEREBY ORDERED that the conditions of release for defendant David R. Lamondin are hereby modified to allow travel out of the country from May 21, 2008, until June 6, 2008.

It is further ordered that the United States Marshall is to release Mr. Lamonin's passport to his attorney, Mark A. Arnold, or his authorized representative upon presentation of this order and that the passport will be re-surrendered to the United States Marshall on or before June 11, 2008.

SO ORDERED:

DATED: _____

           PATRICIA V. TRUMBULL
           UNITED STATES MAGISTRATE