```
 1  ARNOLD LAW FIRM
    MARK A. ARNOLD
 2  CA State Bar Number - 94872
    45 East Julian Street
 3  San Jose, CA 95112
    Telephone: (408) 286-6320
 4  Fax: (408) 286-9155
 5
    Attorney for Defendant
 6  DAVID R. LAMONDIN
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 788 JF |
| ) | NO. CR 07-~~07788-JF~~ |
| Plaintiff, ) | |
| ) | **TRAVEL ORDER** |
| vs. ) | |
| ) | |
| DAVID R. LAMONDIN, ) | |
| Defendant, ) | |

Upon application of the defendant, DAVID R. LAMONDIN, and good cause appearing,

IT IS HEREBY ORDERED that the conditions of release for defendant David R. Lamondin are hereby modified to allow travel out of the country from May 21, 2008, until June 6, 2008.

It is further ordered that the Clerk of the District Court of the Northern District of California is to release Mr. Lamonin's passport to his attorney, Mark A. Arnold, or ~~his authorized representative~~ [the defendant with appropriate ID] upon presentation of this order and that the passport will be re-surrendered to the Clerk of Court on or before June 11, 2008.

**SO ORDERED:**

DATED: 5/9/08

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE