```
ARNOLD LAW FIRM
MARK A. ARNOLD
CA State Bar Number - 94872
45 East Julian Street
San Jose, CA  95112
Telephone: (408) 286-6320
Fax: (408) 286-9155

Attorney for Defendant
DAVID R. LAMONDIN
```

FILED

2008 AUG 15 P 3:34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID R. LAMONDIN, ) <br> ) <br> Defendant, ) | NO. CR 07-00788-JF <br><br> **TRAVEL APPLICATION** |

I, MARK A. ARNOLD, declare and state that I am the attorney for defendant David R. Lamondin the above captioned matter. Mr. Lamondin has requested to be allowed to travel to Toronto, Canada, to attend a long-scheduled family function on the dates set forth below. Jeff Nedro is the Assistant United States Attorney assigned to this matter. Mr. Nedro has no objection to the request.

Defendant, DAVID R. LAMONDIN, hereby applies to this Court for an order permitting his conditions of release to be modified to allow travel out of the country from September 4, 2008, until and including September 8, 2008.

//

//

DATED: August 12, 2008

Respectfully submitted,

*[signature]*

MARK A. ARNOLD
Attorney for Defendant
DAVID R. LAMONDIIN

APPROVED AS TO FORM AND CONTENT:

*[signature]*

JEFFREY NEDROW
Assitant United States Attorney