RECEIVED

2008 AUG 15 PM 3: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1  **ARNOLD LAW FIRM**
   **MARK A. ARNOLD**
2  CA State Bar Number - 94872
   45 East Julian Street
3  San Jose, CA 95112
   Telephone: (408) 286-6320
4  Fax: (408) 286-9155

5
   Attorney for Defendant
6  DAVID R. LAMONDIN

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,            )  NO. CR 07-00788-JF
                                        )
11            Plaintiff,                )    **TRAVEL ORDER**
                                        )
12 vs.                                  )
                                        )
13 DAVID R. LAMONDIN,                   )
              Defendant,                )
14 _____)

15

16           Upon application of the defendant, DAVID R. LAMONDIN, and good cause

17 appearing.

18           IT IS HEREBY ORDERED that the conditions of release for defendant David R.

19 Lamondin are hereby modified to allow travel out of the country from September 4, 2008, until

20 and including September 8, 2008.

21           It is further ordered that upon his return, Mr. Lamonin surrender his passport to the

22 Office of Pre-trial Services by September 11, 2008.

23

24

25 **SO ORDERED**:

26

27 DATED: _____          _____
                                 PATRICIA V. TRUMBULL
                                 UNITED STATES MAGISTRATE
28