1  ARNOLD LAW FIRM
   MARK A. ARNOLD
2  CA State Bar Number - 94872
   45 East Julian Street
3  San Jose, CA 95112
   Telephone: (408) 286-6320
4  Fax: (408) 286-9155

RECEIVED
2008 AUG 15 PM 3:34
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Attorney for Defendant
DAVID R. LAMONDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) NO. CR 07-00788-JF |
| vs. | ) **TRAVEL ORDER** |
| DAVID R. LAMONDIN, | ) |
| Defendant, | ) |

Upon application of the defendant, DAVID R. LAMONDIN, and good cause appearing.

IT IS HEREBY ORDERED that the conditions of release for defendant David R. Lamondin are hereby modified to allow travel out of the country *to and from Toronto, Canada* from September 4, 2008, until and including September 8, 2008.

It is further ordered that upon his return, Mr. Lamonin surrender his passport to the Office of Pre-trial Services by September 11, 2008.

**SO ORDERED:**

DATED: 8/15/08

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE