| | |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause appearing therefore, it is hereby ORDERED that defendant David |
| 3 | Lamondin is excused from attending the March 21, 2012 hearing in the above case. |
| 4 | |
| 5 | Dated: March ___, 2012 |

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

> Denied. Defendant must file a declaration pursuant to this Court's orders.
>
> 3/15/12
>
> *Lucy H. Koh*
> U.S. District Judge

---

EX PARTE APPLICATION RE: WAIVER OF PERSONAL PRESENCE
*United States v. David Lamondin CR 07-00788 LHK*

2