**ARNOLD LAW FIRM**
MARK A. ARNOLD
CA State Bar Number - 94872
45 East Julian Street
San Jose, CA 95112
Telephone: (408) 286-6320
Fax: (408) 286-9155

Attorney for Defendant
DAVID R. LAMONDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID R. LAMONDIN,<br>Defendant, | NO. CR 07-00788-LHK<br><br>[~~PROPOSED~~] O R D E R<br>MODIFYING PROBATION |

Good cause appearing and by stipulation of the parties IT IS HEREBY ORDERED that the conditions of probation for defendant David R. Lamondin are modified to delete any requirement for drug testing.

**SO ORDERED:**

DATED: 7/9/12

_Lucy H. Koh_
Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE